ELIZABETH M. ROGERS, Respondent, *v.* ATLANTIC, GULF
AND PACIFIC COMPANY, Appellant.

Reported below, 152 App. Div. 916.
(Submitted January 6, 1913; decided January 14, 1913.)

MOTION to dismiss an appeal from a judgment of the
Appellate Division of the Supreme Court in the third
judicial department, entered October 14, 1912, affirming
a judgment in favor of plaintiff entered upon a verdict
in an action to recover damages alleged to have been
occasioned through the defendant's negligence in start-
ing fire and permitting it to spread on to plaintiff's land.

The motion was made upon the grounds that the judg-
ment of the Appellate Division was unanimous, the

exceptions frivolous and the appeal taken merely for purposes of delay.

*Erskine C. Rogers* for motion.

*Charles Irving Oliver* opposed.

Motion denied, with ten dollars costs.